**Order entered May 16, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01008-CV

**PROGRESSIVE CHILD CARE SYSTEMS, INC., Appellant**

**V.**

**LEGACY VILLAGE LIMITED PARTNERSHIP, ET AL., Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01220-2012**

## ORDER

We **GRANT** the parties' May 12, 2016 joint motion for extension of time to file appellant's and cross-appellants' reply briefs and extend the time to **JUNE 15, 2016**.

/s/     ELIZABETH LANG-MIERS
           JUSTICE